No. 671. LONG *v.* KELLEY ET AL. Appeal from the Supreme Court of Wisconsin. Jurisdictional statement submitted February 11, 1933. Decided February 20, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Castillo* v. *McConnico,* 168 U. S. 674, 683; *Moffit* v. *Kelly,* 218 U. S. 400, 404,

405; *Nickel* v. *Cole,* 256 U. S. 222, 226; *Glenn* v. *Doyal,* 285 U. S. 526. *Mr. John B. Simmons* for appellant. *Mr. Herbert J. Naujoks* for appellees.